UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2014

SOHC, INC., a Delaware corporation

                Plaintiff,

    -against-

ZENTIS SWEET OVATIONS HOLDING LLC (f/k/a ZENTIS FOOD SOLUTIONS NORTH AMERICA, LLC), An Indiana limited liability company

                Defendant.

Civ. Case No. 14 CV 2270 (JMF)

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that that the law firm of Kaye Scholer LLP is substituted in place and in the stead of the law firm Fulbright and Jaworski LLP as counsel of record for the Defendant Zentis Sweet Ovations Holding LLC, f/k/a Zentis Food Solutions North America LLC in the above-captioned matter.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this matter should be served upon the following incoming counsel:

>James D. Herschlein (James.Herschlein@kayescholer.com)
>Michael L. Gruver (Michael.Gruver@kayescholer.com)
>KAYE SCHOLER LLP
>250 West 55th Street
>New York, New York 10019-9710
>Telephone: (212) 836-8000
>Facsimile: (212) 836-8689

Dated: November 18, 2014.

| FULBRIGHT AND JAWORSKI LLP | KAYE SCHOLER LLP |
|---|---|
| By: /s/ | By: /s/ |
| Peter Guirguis | James D. Herschlein |
| Judith A. Archer | Michael L. Gruver |
| 666 Fifth Avenue | 250 West 55th Street |
| New York, New York 10103 | New York, New York 10019-9710 |
| Tel: (212) 318-3000 | Tel: (212) 836-8000 |
| Fax: (212) 318-3400 | Fax: (212) 836-6645 |
| *Outgoing attorneys for Defendant* | *Incoming attorneys for Defendant* |

ZENTIS SWEET OVATIONS HOLDING, LLC

By: /s/ John Frierott

John Frierott
CEO
2050 North Oak Road
Plymouth, IN 46563

Phone: 574-941-1109
Fax: 574-941-1199

Defendant

NORRIS McLAUGHLIN & MARCUS, P.A.

By: _____

Melissa A. Pena
Joseph J. Fleischman
Norris McLaughlin & Marcus, P.A.
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700

*Attorneys for Plaintiff*

So Ordered:

_____
JESSE M. FURMAN
United States District Judge

November 18, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHC, INC., a Delaware corporation<br><br>                    Plaintiff,<br><br>   -against-<br><br>ZENTIS SWEET OVATIONS HOLDING LLC (f/k/a ZENTIS FOOD SOLUTIONS NORTH AMERICA, LLC), An Indiana limited liability company<br><br>                    Defendant. | Civ. Case No. 14 CV 2270 (JMF) |

**DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4**

MICHAEL L. GRUVER declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am an associate at the law firm of Kaye Scholer LLP ("Kaye Scholer").

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the stipulation and order substituting Kaye Scholer for Fulbright and Jaworski LLP ("Fulbright") as counsel of record for the Defendant Zentis Sweet Ovations Holding LLC, f/k/a Zentis Food Solutions North America LLC ("Zentis") in the above-captioned matter.

3. Zentis has requested that Kaye Scholer represent them in this action and has consented to the withdrawal of Fulbright.

4. The posture of this case is that the Court, by its November 4, 2014 Order and Opinion (Docket Number 40) has granted Plaintiff's Motion to Compel Arbitration.

5. I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

Pursuant to 28 U.S.C. §1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2014.

New York, New York

_____

Michael L. Gruver, Esq.

Sworn to before me on
November 18, 2014

_____
Notary Public

ELIZABETH GOLUB
Notary Public, State of New York
No. 4916991
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 28, 20 17

2