UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHC, INC., a Delaware corporation<br><br>                          Plaintiff,<br><br>      -against-<br><br>ZENTIS SWEET OVATIONS HOLDING LLC (f/k/a ZENTIS FOOD SOLUTIONS NORTH AMERICA, LLC), An Indiana limited liability company<br><br>                          Defendant. | Civ. Case No. 14 CV 2270 (JMF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice before this Court, appears as counsel for Defendant Zentis Sweet Ovations Holding LLC, f/k/a Zentis Food Solutions North America LLC in the above-captioned matter, and requests that all further papers and correspondence be served upon him.

DATED:  November 19, 2014.

                                            Respectfully submitted,

                                            /s/ James D. Herschlein

James D. Herschlein
Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8655
Facsimile: (212) 836-6455
James.Herschlein@kayescholer.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED: November 19, 2014

                                                          /s/ James D. Herschlein
                                                          James D. Herschlein