UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHC, INC., a Delaware corporation<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>ZENTIS SWEET OVATIONS HOLDING LLC (f/k/a ZENTIS FOOD SOLUTIONS NORTH AMERICA, LLC), An Indiana limited liability company<br><br>　　　　　　　　　　　　Defendant. | Civ. Case No. 14 CV 2270 (JMF)<br><br>**NOTICE OF MOTION FOR RECONSIDERATION** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3, and upon the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration, Defendant Zentis Sweet Ovations Holding LLC, f/k/a Zentis Food Solutions North America LLC, by and through its undersigned counsel, hereby moves this Court for an order:

1. Vacating the Order entered November 4, 2014 granting plaintiff SOHC, Inc.'s Motion to Compel Arbitration; and

2. Directing the parties to proceed with arbitration before the International Chamber of Commerce in order to resolve this dispute; and

3. Granting such further relief as the Court deems just.

DATED:  November 19, 2014.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James D. Herschlein

　　　　　　　　　　　　　　　　　　　　James D. Herschlein
　　　　　　　　　　　　　　　　　　　　Michael L. Gruver
　　　　　　　　　　　　　　　　　　　　Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10019-9710
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 836-8655

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*