UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHC, INC., a Delaware corporation<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ZENTIS SWEET OVATIONS HOLDING LLC (f/k/a ZENTIS FOOD SOLUTIONS NORTH AMERICA, LLC), An Indiana limited liability company<br><br>　　　　　　　　　Defendant. | Civ. Case No. 14 CV 2270 (JMF)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that the undersigned counsel, who is admitted to practice before this Court, appears as counsel for Defendant Zentis Sweet Ovations Holding LLC, f/k/a Zentis Food Solutions North America LLC in the above-captioned matter, and requests that all further papers and correspondence be served upon him.

DATED:  November 19, 2014.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Michael L. Gruver

　　　　　　　　　　　　　　　　　　　　　Michael L. Gruver
　　　　　　　　　　　　　　　　　　　　　Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　　250 West 55th Street
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019-9710
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 836-7420
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 836-6645
　　　　　　　　　　　　　　　　　　　　　Michael.Gruver@kayescholer.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sends electronic notification of such filing to all CM/ECF participants.

DATED:  November 19, 2014

                /s/ Michael L. Gruver
                Michael L. Gruver